## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BILLY TYLER, Diaspora of Holocaust of largest lead contaminated site in United States in Omaha, Nebraska, and VIOLET GOODWIN, on behalf of her minor children; Diaspora of Holocaust of largest lead contaminated site in United States in Omaha, Nebraska,** | ) ) ) ) ) ) ) ) ) | **CASE NO. 8:10CV416**<br><br><br>**MEMORANDUM<br>AND ORDER** |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | |
| **EPA, and PAULETTA ISETTS,** | ) ) | |
| **Defendants.** | ) | |

This matter is before the court on its own motion. The above-captioned matter has been provisionally filed on October 25, 2010. (Filing No. 1.) However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected by Plaintiff Violet Goodwin. To assure further consideration of the Complaint, Plaintiff Violet Goodwin must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE COMPLAINT WITHOUT FURTHER NOTICE.**

Plaintiff has failed to include the $350.00 filing fee. Plaintiff Violet Goodwin has the choice of either tendering the $350.00 fee to the Clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Plaintiff Violet Goodwin chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court.

IT IS THEREFORE ORDERED that:

1.      Plaintiff Violet Goodwin is directed to correct the above-listed technical defect in the Complaint on or before December 24, 2010;

2.      Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice as to Plaintiff Violet Goodwin;

3.      The Clerk of the court is directed to send to Plaintiff Violet Goodwin the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit; and

4.      The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: December 24, 2010: deadline for Plaintiff Violet Goodwin payment or filing of IFP application.

DATED this 23rd day of November, 2010.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.