IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER, Diaspora of Holocaust of largest lead contaminated site in United States in Omaha, Nebraska, and VIOLET GOODWIN, on behalf of her minor children; Diaspora of Holocaust of largest lead contaminated site in United States in Omaha, Nebraska,<br><br>        Plaintiffs,<br><br>    v.<br><br>EPA, and PAULETTA ISETTS,<br><br>        Defendants. | CASE NO. 8:10CV416<br><br><br>MEMORANDUM<br>AND ORDER |

Plaintiff, Violet Goodwin, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 7.) Upon review of Plaintiff's Motion, the court finds that Plaintiff Violet Goodwin is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted to Plaintiff Violet Goodwin, and the Complaint shall be filed without payment of fees.

DATED this 20th day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.